1  HARVEY P. SACKETT (72488)

2  **SACKETT AND ASSOCIATES**
   A PROFESSIONAL LAW CORP.

3  1055 Lincoln Avenue
4  Post Office Box 5025
   San Jose, California 95150-5025
5  Telephone: (408) 295-7755
6  Facsimile: (408) 295-7444

7  /as

8  Attorney for Plaintiff

9

10                    UNITED STATES DISTRICT COURT

11

12                    NORTHERN DISTRICT OF CALIFORNIA

13

14  ARON FOSTER, JR.,              )  Civil No. C-07-03782 RMW RS
                                   )
15              Plaintiff,         )
                                   )
16  v.                             )  STIPULATION AND ORDER
                                   )
17                                 )
    MICHAEL J. ASTRUE,             )
18  Commissioner, Social Security  )
19  Administration,                )
                                   )
20              Defendant.         )
                                   )
21  _____ )

22     Plaintiff and Defendant, through their respective attorneys, hereby stipulate that
23  Plaintiff shall have a first extension of time of (14) days up through and including Friday,
24  April 18, 2008 in which to e-file his Reply to Defendant's Cross-Motion for Summary
25  Judgment. This extension is necessitated by the number of other cases (16) Plaintiff's
26  counsel currently needs to brief for this court and other district courts in and around the
27  same time period.
28

1

STIPULATION AND ORDER

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: April 3, 2008          /s/
                              GINA SHIN
                              Special Assistant U.S. Attorney

Dated: April 3, 2008          /s/
                              HARVEY P. SACKETT
                              Attorney for Plaintiff
                              ARON FOSTER, JR.

IT IS SO ORDERED.

Dated:     4/25/08            /s/ Ronald M. Whyte
                              RONALD M. WHYTE
                              UNITED STATES DISTRICT JUDGE

2

STIPULATION AND ORDER