*E-filed*: 3/27/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARON FOSTER, JR., | No. C-07-03782 RMW |
| Plaintiff, | JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

The parties' arguments having been considered and a decision having been rendered, IT IS HEREBY ORDERED that judgment be entered for Defendant and against Plaintiff and that the Clerk of the Court close the file.

DATE:     3/27/09

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

JUDGMENT-07-03782 RMW
TER

**Notice of this document has been sent to:**

**Counsel for Plaintiff:**

| | |
|---|---|
| Betty Herrera | betty@sackettlaw.com |
| Harvey P. Sackett | hps@hpspc.com |

**Counsel for Defendant:**

| | |
|---|---|
| Mark Win | mark.win@ssa.gov |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

Date:   3/27/09                              TER
                                             Chambers of Judge Whyte